GRANT LUNCH CORPORATION, APPELLANT, v. ALFRED E. DRISCOLL, COMMISSIONER, ETC., RESPONDENT.

Submitted May 28, 1943—Decided September 16, 1943.

For the appellant, *Kasen, Schnitzer & Kasen.*

For the respondent, *Edward J. Dorton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.